# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

—————

No. 16-11383
Summary Calendar

—————

United States Court of Appeals
Fifth Circuit

**FILED**
August 1, 2017

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JESUS PARAMO,

Defendant-Appellant

—————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:14-CR-369-1

—————

Before WIENER, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Jesus Paramo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Paramo has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Paramo's response. We agree with counsel's assessment that the appeal presents no

———————————

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

nonfrivolous issue for appellate review.  We generally do not entertain claims of ineffective assistance of counsel that have not previously been presented to the district court and decline to do so here without prejudice to Paramo's ability to bring such claims on collateral review.  *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.  Paramo's motion to reject counsel's brief and to appoint new counsel is DENIED.  *Cf. United States v. Wagner*, 158 F.3d 901, 902–03 (5th Cir. 1998).